UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK SANDER,

                 Plaintiff,

-against-

CITY OF MOUNT VERNON, et al.,

                 Defendants.

23-CV-6204 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. By order dated May 6, 2024, the Court granted Plaintiff 60 days' leave to file an amended complaint. (ECF 5.) On July 1, 2024, the Court received a letter from Plaintiff requesting an extension of time to file his amended complaint. (ECF 6.) The Court grants Plaintiff's request. Plaintiff must file his amended complaint within 60 days of the date of this order.

## CONCLUSION

The Court grants Plaintiff's request for an extension of time to file his amended complaint. (ECF 6.) Plaintiff must submit his amended complaint within 60 days of the date of this order. If Plaintiff fails to comply within the time allowed, and he cannot show good cause to excuse such failure, this action will be dismissed for the reasons stated in the Court's May 6, 2024 order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: July 2, 2024
        New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge