**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
PATRICK SANDER,

Plaintiff,

-against-                                                    23 **CIVIL** 6204 (CS)

<u>**JUDGMENT**</u>

CITY OF MOUNT VERNON, et al.,

Defendants.
----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 24, 2026, Defendants' motions are granted, and Plaintiff's claims are dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

April 27, 2026

**TAMMI M. HELLWIG**

_____
**Clerk of Court**

BY: _____
**Deputy Clerk**